654 So.2d 128 (1995)
Colin FOLSOM, Petitioner,
v.
STATE of Florida, Respondent.
No. 84028.
Supreme Court of Florida.
May 4, 1995.
Bennett H. Brummer, Public Defender and Manuel Alvarez, Asst. Public Defender, Eleventh Judicial Circuit, Miami, for petitioner.
Robert A. Butterworth, Atty. Gen., Michael J. Neimand, Asst. Atty. Gen. and Parker D. Thomson and Carol A. Licko, Sp. Asst. Attys. Gen., Miami, for respondent.
*129 SHAW, Judge.
We have for review Folsom v. State, 638 So.2d 591 (Fla. 3d DCA 1994), wherein the district court relied on Bouters v. State, 634 So.2d 246 (Fla. 5th DCA 1994), to uphold the constitutionality of Florida's anti-stalking statute, section 784.048, Florida Statutes (1993). We have jurisdiction. Art. V, § 3(b)(3), Fla. Const.
We have recently upheld the constitutionality of the anti-stalking statute. See Bouters v. State, No. 83,558, ___ So.2d ___ [1995 WL 242403] (Fla. Apr. 27, 1995). Accordingly, we approve Folsom on this issue.
It is so ordered.
GRIMES, C.J., and OVERTON, HARDING, WELLS and ANSTEAD, JJ., concur.
KOGAN, J., concurs specially with an opinion.
KOGAN, Judge, specially concurring.
With the exception of the reservations that I stated in Bouters v. State, No. 83,558, ___ So.2d ___ [1995 WL 242403] (Fla. Apr. 27, 1995), (Kogan, J., specially concurring), I concur with majority.